JONATHAN SAUL & ASSOCIATES
JONATHAN A. SAUL, ESQ. (SBN 189271)
Mailing Address:
Post Office Box 406
Physical Address:
3511 Del Paso Road, Suite 160
Sacramento, California  95835
Telephone: (916) 201-9950
Facsimile: (916) 924-8826
Email: jonsaul71@gmail.com

Attorneys for Defendant
THU NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THU NGUYEN, WILLIAM CULLIFER,<br><br>　　　　　　　　Defendants<br>_____/ | CASE NO.: 2:14-cv-02532-TLN-AC<br><br>**STIPULATION AND ORDER TO ALLOW LATE FILING OF ANSWER TO COMPLAINT FOR DECLARATORY RELIEF** |

1

## STIPULATION

IT IS HEREBY STIPULATED, by and between the attorneys for the respective parties herein that:

The parties to this action agree and hereby stipulate that Defendant THU NGUYEN be allowed to file an Answer to the Complaint for Declaratory Relief.  This Stipulation and Order are necessary because the deadline to file an Answer to the Complaint was November 24, 2014.

A facsimile of the signature page of this Stipulation shall have the same force and affect as an original.

IT IS SO STIPULATED:

DATED: January 26, 2015            **JONATHAN SAUL & ASSOCIATES**


By  /s/  _____
          Jonathan Saul - SBN 189271
Attorneys for Defendant
THU NGUYEN


DATED: January 26, 2015            **ROPERS MAJESKI KOHN & BENTLEY**


By  /s/  _____
          Norman Lau - SBN 253690
Attorneys for Plaintiff
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

## **ORDER**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The Court hereby GRANTS this Stipulation and Order to Allow Late Filing of Answer to Complaint. Defendant THU NGUYEN's Answer to the Complaint for Declaratory Relief shall be filed no later than FEBRUARY 10, 2015.

Dated: January 30, 2015

Troy L. Nunley
United States District Judge