JONATHAN SAUL & ASSOCIATES
JONATHAN A. SAUL, ESQ. (SBN: 189271)
4020 Lennane Drive, Suite 102
Sacramento, California  95834
Telephone: (916) 929-4400
Facsimile: (916) 929-4466

Attorneys for Defendant
THU TIET NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>THU NGUYEN, WILLIAM CULLIFER,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO.: 2:14-cv-02532-TLN-AC<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO FILE AN ANSWER** |

## **STIPULATION**

Defendant Thu Nguyen and Plaintiff Liberty Mutual Fire Insurance Company hereby Request this Court grant an extension of time for Defendant Thu Nguyen to file an Answer in this action, for the reasons expressed below.

This case stems from an underlying action wherein Ms. Nguyen was sued by William Cullifer, a person who claimed to be the son of Ms. Nguyen's deceased husband.   Liberty Mutual has asked this Court to determine whether or not it owes a defense and/or indemnity to Ms. Nguyen, it's insured, regarding the lawsuit filed against Ms. Nguyen by Mr. Cullifer.   Just last week, evidence was presented in the form of Mr. Cullifer's birth certificate.   The birth certificate clearly illustrates Mr. Cullifer is not the surviving son of Ms. Nguyen's deceased husband.   Counsel assigned to defend Ms. Nguyen and counsel herein for Ms. Nguyen have

both written to counsel for Mr. Cullifer to demand immediate dismissal of the underlying action filed by Mr. Cullifer.   To date, no response has been forthcoming.

It appears Mr. Cullifer will have to dismiss his Complaint against Ms. Nguyen, for lack of standing.   He cannot present a claim for wrongful death damages related to the death of a person who he was not related to.   This would make the instant action moot.   In the alternative, Mr. Cullifer will somehow be able to overcome the birth certificate and will continue his pursuit of the underlying action.   If that occurs, counsel for Ms. Nguyen and counsel for Liberty Mutual have already began discussing the likelihood of a stipulation that would obviate the need to litigate this case and would save important judicial resources.

For the reasons stated above, the parties respectfully request this Court grant Defendant Thu Nguyen a further extension to file her Answer, until April 17, 2015.

DATED: February 11, 2015                **JONATHAN SAUL & ASSOCIATES**

By _____/s/_____
    Jonathan Saul - SBN 189271
Attorneys for Defendant
THU NGUYEN

DATED: February 11, 2015                **ROPERS MAJESKI KOHN & BENTLEY**

By _____/s/_____
    Norman Lau - SBN 253690
Attorneys for Plaintiff
LIBERTY MUTUAL FIRE INSURANCE COMPANY

IT IS SO ORDERED:

Dated:   February 12, 2015

_____
Troy L. Nunley
United States District Judge

---