PAMELA E. COGAN (SBN 105089)
NORMAN LAU (SBN 253690)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:	pamela.cogan@rmkb.com
	norman.lau@rmkb.com

Attorneys for Plaintiff
LIBERTY MUTUAL FIRE INSURANCE COMPANY

Clayeo C. Arnold, SNB 65070
Anthony M. Ontiveros, SBN 152758
Kiersta D. Perlee, SBN 187675
CLAYEO C. ARNOLD
A Professional Law Corporation
865 Howe Avenue
Sacramento, CA 95825
Tel:	(916) 924-3100
Fax:	(916) 924-1829
Email: aontiveros@justice4you.com
Email: kperlee@justice4you.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>THU TIET NGUYEN; WILLIAM CULLIFER,<br><br>          Defendants. | CASE NO.  2:14cv-02532-TLN-AC<br><br>**STIPULATION AND ORDER TO BE BOUND BY JUDGMENT ENTERED IN DECLARATORY RELIEF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Liberty Mutual Fire Insurance Company ("Liberty Mutual") and Defendant William Cullifer as follows:

1.	Defendant William Cullifer agrees to be bound by any judgment entered in the above-entitled declaratory relief action and agrees that any final judgment or determination shall be conclusive as to the issues raised in Liberty Mutual's complaint or in any subsequent action

1. raising these issues.

2. Liberty Mutual agrees to dismiss William Cullifer from this action without prejudice, in exchange for a waiver of costs and attorneys' fees.

3. The parties understand and agree that Cullifer will not be entitled to participate in the action as a party but further understand and agree that he shall be obligated to participate as percipient witness to the extent he possesses discoverable evidence relating to the issues of consequence in this action and authorizes his attorney, Kiersta Perlee, to receive process and discovery on his behalf.

Dated: April 15, 2015                     ROPERS, MAJESKI, KOHN & BENTLEY


By: */s/ Pamela E. Cogan*
   PAMELA E. COGAN
   NORMAN LAU
   Attorneys for Plaintiffs LIBERTY MUTUAL
   FIRE INSURANCE COMPANY

Dated: April 15, 2015                     CLAYEO C. ARNOLD
                                          A Professional Law Corporation


By: */s/ Kiersta Perlee*
   KIERSTA PERLEE
   Attorneys for Defendant WILLIAM CULLIFER

**ORDER**

Based on the parties' stipulation, IT IS SO ORDERED.

Dated: April 15, 2015

_____
Troy L. Nunley
United States District Judge

- 2 -   STIPULATION AND ORDER TO BE BOUND BY JUDGMENT
        CASE NO:2:14CV-02532 TLN-AC