ROPERS, MAJESKI, KOHN & BENTLEY
PAMELA E. COGAN (SBN 105089)
NORMAN LAU (SBN 253690)
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:      (650) 364-8200
Facsimile:       (650) 780-1701
Email:             pamela.cogan@rmkb.com
                       norman.lau@rmkb.com

Attorneys for Plaintiff
LIBERTY MUTUAL FIRE INSURANCE COMPANY

Jonathan A. Saul
JONATHAN SAUL & ASSOCIATES
4020 Lennane Drive, Suite 102
Sacramento, CA 95834
Telephone:      (916) 569-1940
Facsimile:       (916) 569-1939
Email:             jonsaul@norcallawfirm.com

Attorneys for Defendant
THU TIET NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>THU TIET NGUYEN; WILLIAM CULLIFER,<br><br>          Defendants. | CASE NO.  2:14cv-02532-TLN-AC<br><br>**STIPULATION TO JUDGMENT AS TO INSURANCE COVERAGE; ORDER** |

The parties to this action hereby stipulate and agree, and it is hereby ORDERED AND ADJUDGED, as follows:

1. Plaintiff Liberty Mutual Fire Insurance Company ("Liberty Mutual") insured defendant Thu Tiet Nguyen and her husband Robert Capps under an automobile insurance policy, LibertyGuard Auto Policy number AO2-268-828286-40 3 1, effective August 25, 2013 to August 25, 2014 ("the Policy").  The Policy provided liability insurance coverage for damages for

"bodily injury" which any insured becomes legally obligated to pay because of an auto accident.

2. The Policy contains an exclusion in Endorsement Form AS 1133 01 08, which states:

> We do not provide Liability Coverage for any person for "bodily injury" to you or any "family member" whenever the ultimate benefits of that indemnification accrue directly or indirectly to you or any "family member."

3. "You" is defined in the Policy to mean the named insured.

4. Nguyen was named as a defendant in a lawsuit brought by William Cullifer, entitled *William "Bill" Cullifer v. Carl Cornelious Odem, et al.*, Sacramento County Superior Court, case number 34-2014-00163774 ("the Cullifer Action"). Plaintiff in the Cullifer Action asserts that Nguyen's negligence in operating her vehicle resulted in the death of her husband and co-insured under the Liberty Mutual policy, Robert Capps, who was a passenger in Nguyen's vehicle on September 16, 2013 when she collided with another vehicle, resulting in Capps' death.

5. Defendant William Cullifer has brought suit against Nguyen for wrongful death of his purported step-father Robert Capps in the Cullifer Action.

6. The Cullifer Action was consolidated with two other related actions pending in Sacramento County Superior Court arising out of the same motor vehicle accident.

7. Liberty Mutual is currently providing a defense to Nguyen in the Cullifer Action under a reservation of rights.

8. Liberty Mutual contends that the above cited exclusion in Endorsement Form AS 1133 01 08 applies to the Cullifer Action to bar coverage because the plaintiff in the Cullifer Action is seeking recovery for "bodily injury" to a named insured, Capps.

9. Defendant William Cullifer has stipulated to be bound by any judgment in the present action and has been dismissed as a party.

10. The remaining defendant in the present action, Thu Nguyen, does not dispute Liberty Mutual's coverage position as to the Cullifer Action.

It is hereby stipulated as follows:

1. Liberty Mutual's exclusion in Endorsement Form AS 1133 01 08 applies to bar coverage for the Cullifer Action, in which Cullifer seeks recovery for bodily injury to a named

insured, Robert Capps.

2. Liberty Mutual has no duty to defend Nguyen against the claims alleged in the Cullifer Action under the Policy.

3. Liberty Mutual has no duty to indemnify Nguyen against the claims alleged in the Cullifer Action under the Policy.

4. Liberty Mutual will withdraw from the defense at this time and will not seek any reimbursement for costs and fees expended in the defense of the Cullifer Action prior to its withdrawal from the defense of the Cullifer Action.

The parties stipulate, by and through their respective attorneys of record, that judgment be entered in this action in accordance with this stipulation. Each party shall bear their own costs and attorneys' fees.

Dated: May 1, 2015                    ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ *Pamela E. Cogan*
PAMELA E. COGAN
NORMAN LAU
Attorneys for Plaintiff
LIBERTY MUTUAL FIRE INSURANCE COMPANY

Dated: May 1, 2015                    JONATHAN SAUL & ASSOCIATES

By: */s/ Jonathan Saul*
JONATHAN SAUL
Attorneys for Defendant THU TIET NGUYEN

### **ORDER**

Based on the parties' stipulation, and good cause being shown, IT IS SO ORDERED. All other existing dates and deadlines in this matter, including the trial date, are hereby vacated.

Dated: May 4, 2015

_____
Troy L. Nunley
United States District Judge

- 3 -                    STIPULATION TO JUDGMENT; ORDER
CASE NO:2:14CV-02532 TLN-AC